ORIGINAL

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

METRIC CONSTRUCTION CO., INC.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Steven D. Meacham

Firm Name: Dann & Meacham

Post Office Box: 04-635C

Street Address: 2014 E. Madison, Suite 100

City-State-Zip: Seattle, WA 98122

Telephone & Facsimile Numbers: (206) 770-3339 (ph) (206) 770-3490 (fax)

E-mail address: sdm@dannandmeacham.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $ 7,886,944.07

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2