IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRIC CONSTRUCTION CO., INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-635C |
| | ) | (Judge Charles F. Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian S. Smith as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20005

Attention Classification Unit
8th Floor, "L" Street Building

Dated: April 28, 2004

s/Brian S. Smith
Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0391
FAX #(202) 353-7988
e-mail:Brian.Smith@USDOJ.Gov