IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| METRIC CONSTRUCTION CO., INC., Plaintiff, | ) |
| v. | ) No. 04-635C (Judge Charles F. Lettow) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including August 17, 2004, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due on June 18, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Upon receipt of the complaint, defendant's counsel of record promptly forwarded it to the United States Navy for investigation and comment. The United States Navy personnel are actively working on collecting information that is necessary to respond to the amended complaint, but cannot provide complete and accurate information in the present time frame. The enlargement is necessary for the United States Navy personnel to assemble the necessary information, and to transmit it to defendant's counsel for examination and evaluation prior to formulation of the appropriate response, approval, and filing.

For the foregoing reasons, we respectfully request the Court to grant our unopposed motion for an enlargement of time of 60 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

June 1, 2004