IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: June 2, 2004)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the Court is Defendant's Unopposed Motion for an Enlargement of Time. An extension of time of sixty days, to and including August 17, 2004, is sought to respond to plaintiff's complaint. Good cause having been shown, defendant's motion is **GRANTED**.

IT IS SO ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge