IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: September 30, 2004)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

Based on the submissions of the parties in the Joint Preliminary Status Report filed on September 30, 2004, and for good cause shown, the Court adopts the following schedule for future proceedings in this case:

| Activity | Deadline |
|---|---|
| Submission of a joint status report on the progress of discovery | April 22, 2005 |
| Completion of discovery | July 1, 2005 |
| Submission of a joint status report that addresses the topics identified in RCFC App. A, ¶¶ 11-12 | August 1, 2005 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge