# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| METRIC CONSTRUCTION CO., INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-635C<br>Judge Charles F. Lettow |

## MOTION FOR LEAVE TO FILE STATUS REPORT OUT OF TIME, STATUS REPORT AND MOTION FOR ENLARGEMENT OF TIME FOR EXPERT DISCOVERY

On September 30, 2004, the Court entered a scheduling order listing July 1, 2005 as the deadline for completion of discovery and August 1, 2005 as the deadline for submission of a joint status report addressing the topics identified in RCFC App. A, Paragraphs 11-12. On August 3, 2005, the parties participated in a settlement conference in San Diego, California, in an attempt to settle the case and address the status of the case. At that time, the parties realized they had inadvertently overlooked the August 1, 2005 deadline for filing the status report.

Plaintiff respectfully moves the Court to allow the parties to extend the time for filing the status report, accept the status report as contained herein, and grant an enlargement of time for completion of expert discovery. Defendant's counsel has discussed this motion with plaintiff's counsel, reviewed it, and concurs with the content.

## STATUS REPORT

The parties completed the depositions of the percipient witnesses and the production of documents by the July 1, 2005 deadline with the limited exception of some documents and videos identified during depositions that Defendant's counsel is attempting to locate. Due to the

inability to locate and produce documents, the parties were unable to complete expert discovery by the July 1, 2005 deadline. The parties agreed to attempt to settle the case prior to incurring the significant expense of hiring experts. The settlement attempts have not been successful and the parties agree that expert witnesses will be necessary in preparing the case for trial.

Pursuant to the parties latest settlement discussion on August 3, 2005, the parties concluded that the parties will require 120 days from August 3, 2005, to retain experts and complete expert discovery including preparation of expert reports and expert depositions.

**ENLARGEMENT OF TIME FOR COMPLETING EXPERT DISCOVERY**

As indicated above, the parties have completed discovery with the limited exception of some specific documents and videos identified by the plaintiff during discovery that defendant's counsel is attempting to locate and expert discovery. The Defendant's documents were located at multiple sites including San Diego, San Nicolas Island, and Point Magu. Defendant's counsel was unable to locate, assemble, and review the documents until June 6, 2005, less than four weeks prior to the close of discovery.

It was necessary for Plaintiff's counsel to review those documents prior to deposing the Navy's witnesses. Subsequent to June 6, 2005, Plaintiff's counsel deposed Navy witnesses. Some of the issues in dispute include allegations of delay and the quality of work placed by Plaintiff necessitating the need for experts and rebuttal experts.

The parties have discussed and agree that 120 days is sufficient time to complete expert discovery. Plaintiff respectfully moves the Court to enlarge time for the completion of expert discovery until December 1, 2005. Plaintiff also proposes the parties advise the Court of discovery and propose a schedule for further proceeding in mid December as the Court's calendar allows. Defendant previously filed a motion for enlargement of time to respond to

Plaintiff's complaint. This is the first motion for an enlargement of time relating to discovery filed by either party.

DATED this 4th day of August, 2005.

DANN & MEACHAM

By ______________________
Steven D. Meacham
Attorney for Plaintiff

Peel Brimley LLP
2014 East Madison Street, Suite 100
Seattle, WA 98122-2965
(206) 770-3339
Fax: (206) 770-3490

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been served by mailing the same, properly addressed and prepaid, on the 4th day of August, 2005, to:

Brian S. Smith, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
8th Floor, 1100 L Street, N.W.
Washington, DC 20530
Attorneys for Defendant

______________________
Steven D. Meacham