IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: August 8, 2005)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Motion for Leave to File Status Report out of Time, Status Report and Motion for Enlargement of Time for Expert Discovery. It is hereby **ORDERED** that:

1. For good cause shown, the motion for leave to file the joint status report out of time is GRANTED.

2. Good cause also having been shown, the time for completion of discovery in this case is extended to and including December 1, 2005.

3. The parties are requested to file a joint status report on or before December 20, 2005 regarding completion of discovery and proposing a schedule for further proceedings.

s/ Charles F. Lettow
Charles F. Lettow
Judge