IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRIC CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-635C |
| | ) | (Judge Charles F. Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of August 8, 2005, the parties have conferred and respectfully report that they are continuing with discovery and exchange of expert materials. Depositions of plaintiff's experts are scheduled for January 30 and 31, 2006, and the defendant has retained experts who will conduct their analysis, issue reports by February 15, 2006, and be available for deposition to be conducted by March 15, 2006. We propose to advise the Court of the status of the case and to propose a schedule for pretrial proceedings in a status report to be filed by March 30, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEPORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney

Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/Steven D. Meacham
Peel Brimley, LLP
2014 East Madison Street
Suite 100
Seattle, Washington 98122-2965
206/770-3339 Telephone
206/770-3490 Fax

Attorney for Plaintiff

December 20, 2005