IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: December 21, 2005)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The Court acknowledges the Parties' Joint Status Report, filed on December 20, 2005. The Court hereby requests that the parties submit a further Joint Status Report on or before March 30, 2006.

IT IS SO ORDERED.

S/ Charles F. Lettow
Charles F. Lettow
Judge