# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| METRIC CONSTRUCTION CO., INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-635C<br>Judge Charles F. Lettow |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's order of December 21, 2005, the parties have conferred and have been unable to resolve certain discovery disputes. On March 27, 2006, Plaintiff's filed a Motion to Exclude Defendant's Expert Witness Testimony. Defendant's counsel has indicated an intent to file a cross motion to compel and to stay the case pending resolution of the discovery issues. Whereas, (1) the DCAA performed a detailed audit of Plaintiff's cost records prior to July 1, 2005, (2) Defendant reviewed Plaintiff's project records and deposed Plaintiff's witnesses on or about July 1, 2005, (3) Defendant received Plaintiff's expert reports on or about November 15, 2005, and (4) Defendant deposed Plaintiff's experts on or before February 1, 2006, Plaintiff respectfully requests the Court to close all further discovery and set the case for trial. Whereas, Defendant's have failed to provide expert reports as set forth in the prior Joint Status Report of December 20, 2005 and ordered by the Court, Plaintiff requests the Court to grant its Motion to Exclude Defendant's Expert Witnesses. In the alternative, Plaintiff requests the Court to order Defendant to produce its expert reports by April 7, 2006, without further document production by Plaintiff, and allow Plaintiff 30 days thereafter to depose Defendant's expert witnesses.

DATED this 28th day of March, 2006.

/s Steven D. Meacham
STEVEN D. MEACHAM
Peel Brimley LLP
2014 East Madison Street, Suite 100
Seattle, WA 98122-2965
Tel.: (206) 770-3339

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been served via facsimile and by mailing the same, properly addressed and prepaid, on the 28th day of March, 2006, to:

Brian S. Smith, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
8th Floor, 1100 L Street, N.W.
Washington, DC 20530
Attorneys for Defendant
Facsimile: 202-353-7988

s/ Steven D. Meacham
Steven D. Meacham