IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRIC CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-635C |
| | ) | (Judge Charles F. Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Defendant disagrees with virtually every aspect of the plaintiff's two recent filings (status report and motion to exclude), except for the assertion that there is a discovery dispute. Discovery had proceeded in this case amicably (including a jointly agreed extension of the schedule to permit plaintiff to conduct expert analysis and issue reports) until plaintiff's abrupt and unannounced refusal to continue cooperating. The last communication prior to plaintiff's refusal was defendant's timely and clear request for access to plainly discoverable information and to work towards a final discovery and pretrial schedule.

Defendant will respond to the specific allegations in plaintiff's motion to exclude in a response and cross-motion to compel to be filed shortly. Defendant will move for the case to be stayed pending resolution of the motion to compel and will propose a pretrial schedule that includes sufficient time for the defendant's experts to complete their work after the plaintiff is compelled to disclose the information that is being withheld.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEPORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 30, 2006, a copy of foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith