IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: April 28, 2006)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court are Plaintiff's Motion to Exclude Defendant's Expert Witness Testimony, filed March 27, 2006, and Defendant's Motion to Compel Production of Discoverable Information, filed April 13, 2006. A telephonic hearing on the motions will be held on May 22, 2006 at 2:00 p.m. EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge