# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| METRIC CONSTRUCTION CO., INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-635C<br>Judge Charles F. Lettow |

## JOINT STATUS REPORT

The parties have conferred and respectfully report that they have completed discovery including completion of the government's expert reports and depositions of the government's experts. No additional rebuttal or supplemental expert reports are contemplated by the parties.

## PROPOSED SCHEDULE

The parties have conferred and propose the following pretrial schedule:

| | |
|---|---|
| Pretrial Meeting of Counsel | 2/06/07 |
| Plaintiff's Memorandum of Contentions of Fact and Law; Exhibit List and Witness List | 2/20/07 |
| Defendant's Memorandum of Contentions of Fact and Law; Exhibit List and Witness List | 3/20/07 |
| Proposed Pretrial Conference | 4/10/07 |
| Proposed Trial Date (subject to the Court's schedule) | 4/24/07 |

The parties also request that the trial be held in Seattle, Washington. The project site was San Nicolas Island, California. Some of the issues involve access logistics to San Nicolas Island which is accessible only by Government aircraft upon a limited

schedule. If the Court believes that a site visit will be beneficial, the parties propose that it take place immediately before or after the trial.

The parties may conduct the trial using electronic exhibits, if acceptable to the Court. The parties will ensure the courtroom is outfitted for an electronic trial.

DATED this 21st day of November, 2006.

s/Steven D. Meacham
STEVEN D. MEACHAM
Peel Brimley LLP
2014 East Madison Street, Suite 100
Seattle, WA 98122-2965
Tel.: (206) 770-3339

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor