IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: December 1, 2006)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held by telephonic means on December 4, 2006, at 2:00 p.m. EST. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge