IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: December 4, 2006)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges receipt of the parties' Joint Status Report, filed November 21, 2006. In light of the representations made by counsel during the status conference held on December 4, 2006, the court adopts the following plan and schedule for further proceedings in this case:

| Activity | Deadline |
| --- | --- |
| Pre-trial Meeting of Counsel | May 7, 2007 |
| Plaintiff's Memorandum of Contentions of Fact and Law; Exhibit and Witness Lists | May 21, 2007 |
| Defendant's Memorandum of Contentions of Fact and Law; Exhibit and Witness Lists | June 18, 2007 |
| Pre-trial Conference | July 9, 2007, at 2:00 p.m. EST (by telephonic means) |
| Trial | July 16-27, 2007 (in Seattle, Washington) |

A site visit to San Nicolas Island, California shall take place at the end of the two-week period scheduled for trial. The government's counsel shall arrange for the visit via United States Navy officials at Port Hueneme, California.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge