# UNITED STATES COURT OF FEDERAL CLAIMS

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-635C

Judge Charles F. Lettow

## PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| 1 | | Plans – repair airfield pavements at San Nicholas Island. |
| 2 | | Solicitation, Offer and Award; Solicitation No. 62474-94-B-6807 |
| 3 | | Amendment of Solicitation/Modification of Contract – Roadway and Storm Drainage Repairs; Solicitation No. N68711-98-C-5553 |
| 4 | | Delivery Order Nos. 1 – 8; Contract No. N62474-94-D-6807 |
| 5 | | Schedule Analysis and DCAA Audit review, 10/5/05 by Hainline & Associates |
| 6 | | Arresting Gear Concrete Replacement by Hainline & Associates |
| 7 | | 7 2 each certified claims for; Repair airfield pavements at San Nicholas Island; Contract N62474-94-C-6807/2 each certified claims for: Roadway and storm damage repair at San Nicholas Island; Contract N68711-98-C-5553 |
| 8 | | Metric re: San Nicholas Island Pontoon Claim Binder 1 |
| 9 | | Metric re: San Nicholas Island Pontoon Claim Binder 2 |
| 10 | | Metric re: San Nicholas Island Pontoon Claim Binder 3 |
| 11 | | Metric re: San Nicholas Island Pontoon Claim Binder 4 |
| 12 | | Metric Notebook Materials Delivered to San Nicholas Island |
| 13 | | Handwritten Drawing; Exhibit 1 to Schwartz 06/06/05 Deposition |
| 14 | 01/30/97 | Handwritten notes re barge landing; Exhibit 2 to Schwartz 06/06/05 Dep |
| 15 | 01/23/98 | Handwritten drawing re Sea Lion Clusters; Exhibit 3 to Schwartz 06/06/05 Dep |
| 16 | Dec 1998 | Dec 1998 – Aug 1999 Report of Pinniped Displacement Activities; Exhibit 4 to Schwartz 06/06/05 Dep |
| 17 | 12/22/98 | Graph re Seals present 12/22/98 to 08/04/99; Exhibit 5 to Schwartz 06/06/05 Dep |
| 18 | 03/21/07 | Correspondence from Michael Sasscer to Steve Schwartz re way Metric lands their barge should not trigger the need for a permit from the Corps; Exhibit 6 to Schwartz 06/06/05 Dep |
| 19 | 02/22/99 | Correspondence from Andrew Lei to Ed Ruckle re contract language regarding governments obligation in relation to inability of Metric to land barge; Exhibit 7 to Schwartz 06/06/05 Dep |
| 20 | 01/05/99 | Letter from Metric to Officer in Charge of Construction re Metric barge ramp incompatible with barge landing area at Daytona Beach; Exhibit 8 to Schwartz 06/07/05 Dep |

| | | |
|---|---|---|
| 21 | 01/06/99 | Letter from Metric to Officer in Charge of Construction re Metric's inability to land barge due to newly installed pontoon barges at Daytona Beach; Exhibit 9 to Schwartz 06/07/05 Dep |
| 22 | 02/11/99 | Letter from Metric to ROICC re Metric's operations impacted by Navy's recent installation of "pontoon ramp;" Exhibit 10 to Schwartz 06/07/05 Dep |
| 23 | 02/12/99 | Letter from Officer in Charge of Construction to Metric re Road Repair; Exhibit 11 to Schwartz 06/07/05 Dep |
| 24 | 03/22/99 | San Nicholas Island Barge Landing Site Survey; Exhibit 12 to Schwartz 06/07/05 Dep |
| 25 | 06/08/00 | Correspondence from Leonard Serrano to EFDSW, Ex. 13 to Schwartz 06/07/05 Dep |
| 26 | 07/17/00 | Correspondence from Joe Carrignan to EFDSW, Ex. 14 to Schwartz 06/07/05 Dep |
| 27 | 05/05/01 | Letter from Officer in Charge to Metric re the repair of the arresting gear; Exhibit 15 to Schwartz 06/07/05 Dep |
| 28 | 02/03/99 | Quality Control Meeting Notes at SNI; Exhibit 16 to Schwartz 06/07/05 Dep |
| 29 | 09/14/94 | Letter from Officer in Charge to Metric enclosing the Navy's desired construction schedule; Exhibit 17 to Serrano 06/08/05 Dep |
| 30 | 09/15/98 | Letter from Metric to ROICC enclosing the signed Modification Number P00014; Exhibit 18 to Serrano 06/08/05 Dep |
| 31 | 03/13/03 | Memorandum from L.W. Serrano to Contracting Officer re Metric's claims (2 each) both dated January 9, 2003; Exhibit 19 to Serrano 06/08/05 Dep |
| 32 | 03/20/03 | Memorandum from L.W. Serrano to Contracting Officer re Metric's claims (2 each) both dated January 9, 2003; Exhibit 20 to Serrano 06/08/05 Dep |
| 33 | 02/18/99 | Letter from American Workboats to Metric re the Beach Landing at SNI; Exhibit 21 to Serrano 06/08/05 Dep |
| 34 | 06/08/04 | Correspondence from Janice Whittaker to Michael Haliburton re the Use of Navy Pontoon on SNI by Metric; Exhibit 22 to Serrano 06/08/05 Dep |
| 35 | | Correspondence from Range Management Operations Branch to LCDR Nelson enclosing pictures of Navy pontoon packet design and pictures of Navy pontoon damage caused by Metric landing; Exhibit 23 to Serrano 06/08/05 Dep |
| 36 | 05/11/98 | Letter from Metric to ROICC re PC000017 being modified to include removal of |
| 37 | | P00015 Block 14 Description of Modification; Exhibit 25 to Serrano 06/08/05 Dep |
| 38 | | Environmental Protection Plan; Exhibit 26 to Serrano 06/08/05 Dep |
| 39 | 05/03/04 | Correspondence from Leonard Serrano to EFDSW re Metric's claims questions; Exhibit 27 to Serrano 06/08/05 Dep |
| 40 | 11/12/02 | Correspondence from Patrick Hochstein to EFDSW re Metric cleaning up and getting off SNI; Exhibit 28 to Serrano 06/08/05 Dep |
| 41 | 07/29/03 | Memorandum from L.W. Serrano to Contracting Officer re Metric's letter of June 17, 2003; Exhibit 29 to Serrano 06/08/05 Dep |
| 42 | 12/06/00 | Two Contract Construction Compliances; Exhibit 30 to Serrano 06/08/05 Dep |
| 43 | 06/07/01 | Notes re Quality Control Meeting; Exhibit 31 to Serrano 06/08/05 Dep |
| 44 | 01/05/01 | 01/05/01 – 01/08/01 email exchange re SNI Barge Landing; Exhibit 32 to Serrano Dep |
| 45 | 08/24/94 | Email exchange re Arresting Gear 3; Exhibit 33 to Serrano Dep. |
| 46 | | Selected Contractor's Quality Control Reports |
| 47 | | Selected Daily Reports to Inspector |
| 48 | 08/01/94 | Letter from Navy to Metric accepting offer from "repair airfield pavement, SNI" |
| 49 | 08/01/94 | Letter from Navy to Metric re acceptance of offer ($11,066,277.50) for "Repair Airfield Pavement, SNI" |
| 50 | 08/18/94 | Correspondence from D Mades to l Serrano re unsuitable material and Batch plant |
| 51 | 08/23/94 | Letter from Navy to Metric re minutes of the pre-construction conference |
| 52 | 08/24/94 | Correspondence from L Serrano to D Mades re Repairs to airfiled pavements at SNI |
| 53 | 09/14/94 | Letter from Navy to Metric re Navy's desired construction schedule |
| 54 | 09/14/94 | Letter from D Mades, Civil Engineer, forwarding "desired" schedule of work |

| | | |
|---|---|---|
| 55 | 09/28/94 | Letter from Metric to Navy re formulas used in calculation of standby rates for PCO No. 8 |
| 56 | 12/22/94 | Letter from Navy to Metric confirming meeting on 1/6/95 to discuss Contractor's Environmental Protection Plan |
| 57 | 01/04/95 | Letter from Navy to Metric re safety plan is approved |
| 58 | 02/02/95 | Holmes Hazardous Substances Removal and Remedial Actions Certification |
| 59 | 04/03/95 | Email from Grace Smith L Serrano re Environmental Plan |
| 60 | 04/06/95 | Metric's Environmental Protection Plan |
| 61 | 04/12/95 | Metric's Revised Environmental Protection Plan |
| 62 | 01/08/96 | Letter from Metric to Navy re delay of 228 days due to heavy seas, wind, rain, fog, etc. |
| 63 | 01/22/96 | Memo from Mary Helinski re: meeting with office folks to discuss quality of deep patch pavement and schedule |
| 64 | 02/07/96 | Letter from Metric to Navy re closure Daytona Beach, unable to meet 2/12/96 completion for 005AA AB AJ AK AL AN AG AH |
| 65 | 02/09/96 | Letter from Metric to Navy re verbal direction extending closure of Daytona Beac from 1/2/ to 1/19/96 - no barge landings |
| 66 | 05/20/96 | Letter from Navy to Metric re request for updated progress schedule showing major activities |
| 67 | 06/07/96 | Memo from Public Works Officer |
| 68 | 06/12/96 | Environmental Enforcement Action Requirement |
| 69 | 06/18/96 | Letter from Metric to Enviornmental information action re 6/13/96 letter re corrective action |
| 70 | 06/18/96 | Letter from Navy to Metric re request for meeting with Navy 6/25/96 to discuss all delivery orders issued so far |
| 71 | 07/03/96 | Letter from Metric to Navy re justification for time extension |
| 72 | 07/09/96 | Routing and Transmittal Slip re 316 days time extension for weather |
| 73 | 07/17/96 | Correspondence from R Barrett to R dow re Metric's walkthrough |
| 74 | 07/17/96 | Correspondence from L Serrano to S Schwartz re Can Metric use extra storage area |
| 75 | 07/22/96 | Environmental Enforcement Action Requirement |
| 76 | 02/28/97 | Letter from Navy to Metric re changes to subject contract |
| 77 | 12/10/97 | Letter from Metric to E Holmes re completion of referenced project |
| 78 | 04/10/98 | Message from D Berchtold re discussions after meeting today on Beach Road and SNI Runway – insurance |
| 79 | 04/10/98 | message confirming discusions from meeting re insurance, visual inspection, core sampling |
| 80 | 05/26/98 | Letter from Navy to Corps re letter of permission to locate two pontoons on Daytona Beach |
| 81 | 08/18/98 | Estimate for Contract Modification |
| 82 | 09/30/98 | Modification of Contract - Delete water line repair and add beach road overlay |
| 83 | 11/05/98 | Photo documentation of Metric Site |
| 84 | 12/28/98 | Letter from Metric to Navy re effort to resolve overbilling issues |
| 85 | 12/28/98 | Letter from Metric to Navy re visual estimate of asphalt aggregates on hand - trying to resolve overbilling issues |
| 86 | 01/05/99 | Letter from Metric to Navy re confirmation of conference call regarding the barge landing area |
| 87 | 01/05/99 | Letter from Metric to Navy re design of ramp on Metric barge incompatible with new pontoon pilot barges |
| 88 | 01/05/99 | Letter from Metric to Navy re |
| 89 | 01/06/99 | Letter from Metric to Navy re Metric is unable to land their barge due to newly installed pontoon barges |
| 90 | 01/29/99 | GenTec Proposal re equipment installation |
| 91 | 02/11/99 | Letter from Metric to Navy re Metric's operations have been severely impacted by Navy's recent install of pontoon ramp |
| 92 | 02/12/99 | Letter from Navy to Metric re Metric's concerns re recent install of pontoon ramp |
| 93 | 02/16/99 | Daily Report to Inspector, Report No 1183 |
| 94 | 02/18/99 | Letter from American Workboats to Metric re concerns danger crew members are being placed |

| | | |
|---|---|---|
| | | re new landing procedure |
| 95 | 02/18/99 | Email exchange re Metric barge landing SNI |
| 96 | 02/18/99 | Email from H Bouika to Capt Ostag re update on current and future events taking place on SNI runway |
| 97 | 02/25/99 | Hand written notes re Metric's attempts to land barge |
| 98 | 03/04/99 | emails re Metric barge landing |
| 99 | 03/04/99 | Email from J Danza to Schwartz, et al., re Metric Barge Landing procedure |
| 100 | 03/04/99 | Email from J Danza re Metric Barge landing procedure |
| 101 | 03/04/99 | Email from J Danza re Metric Barge landing procedure - eidts and disclaimers may be required to protect gov. interests |
| 102 | 03/17/99 | Environmental Enforcement Action Requeirment - number of environmental concerns |
| 103 | 03/26/99 | American Workboats Invoice for Towing |
| 104 | 03/29/99 | Quality Control meeting re barging issues |
| 105 | 03/31/99 | Invoice from American Divers to Metric |
| 106 | 04/13/99 | Handwritten Notes re meeting held re Metric's Barge Landing Scheduled for 4/14/1999 |
| 107 | 05/04/99 | Handwritten notes re Quality Control Meeting re various issues |
| 108 | 05/04/99 | American Workboats invoice for towing |
| 109 | 06/07/99 | Memo re draft proposed corrective action plan for Metric Construction |
| 110 | 06/28/99 | Letter from Metric to Navy re stockpile asphalt overlay aggregates |
| 111 | 07/01/99 | Letter from Metric to Navy re forwarding breakdown of costs for P0015 |
| 112 | 08/19/99 | Letter from Metric to American Bureau of Shipping re barge unable to to into drydock re scheduling problems |
| 113 | 08/26/99 | American Bureau of Shipping Summary Report of Class Surveys - Vessell BMC 32 |
| 114 | 11/29/99 | Memo to BS from EG re pontoon delays |
| 115 | 12/27/99 | Letter from Environmental Project Office to National Marine Fisheries Service re Displacement of |
| 116 | 12/28/99 | Photo documentation of Metric Spill |
| 117 | 01/10/00 | Email from G Smith to S Schwartz re Metric's Barge Schedule |
| 118 | 03/20/00 | Email from S Schwartz re landing barges on beach |
| 119 | 06/08/00 | EFDSW email re repairs to SNI airfield, 95-C-6807 |
| 120 | 06/23/00 | Letter form Navy to Metric re removal and disposal of off the island existing concrete and rails of the arresting gears |
| 121 | 06/23/00 | EFDSW email exchange re SNI arresting gear |
| 122 | 06/23/00 | EFDSW email exchange re Repairing/replacing arresting gear |
| 123 | 06/26/00 | EFDSW email exchange re SNI arresting gear |
| 124 | 06/27/00 | Modification of contract #P00001 |
| 125 | 06/30/00 | EFDSW email exchange re meeting to discuss Metric's materials shipped re AC overlay |
| 126 | 07/14/00 | Proposal/Estimate for Contract Modification |
| 127 | 07/17/00 | EFDSW email exchange re Metric requesting payment for materials shipped under line item 0006AB |
| 128 | 07/18/00 | EFDSW email exchange re meeting to discuss arresting gears |
| 129 | 08/02/00 | Amendment of Solicitation/Modification of Contract |
| 130 | 09/27/00 | EFDSW email exchange re meeting to discuss Metric's claim re pontoon issue and newly placed concrete |
| 131 | 09/29/00 | Letter from Metric to Navy re notices of non-compliant 1 and 2 |
| 132 | 10/02/00 | Memo from L Serrano t file re concrete for the arresting gear under contract modification P00017 |
| 133 | 10/03/00 | EFDSW email exchange re inspection of recently poured arresting gear concrete |
| 134 | 10/04/00 | Letter from Navy to Metric re non-compliances and/or deficiencies on Contract Modification P00017 |
| 135 | 10/10/00 | Letter from Metric to Navy re defeciencies on Modification No. P00017 |
| 136 | 10/16/00 | Email from D Mades to EFDSW and Navy re Metrics 10/10/00 ltr re dimension's of beams, etc. |
| 137 | 10/18/00 | Letter from Navy to Metric re minutes of telephone conference re clarification to Metric's |

| | | |
|---|---|---|
| | | letter of 10/10/00 re concrete |
| 138 | 11/02/00 | EFDSW email exchange re arresting gear, written warranty, concresive, beams and $100,000 invoice |
| 139 | 11/02/00 | Email exchange between navy and EFDSW re "re-do" of arresting gear |
| 140 | 11/07/00 | Email exchange between Navy and EFDSW re language for extended warranty |
| 141 | 11/08/00 | Email exchange between Navy and EFDSW re runway striping |
| 142 | 11/15/00 | Email exchange between Navy and EFDSW re how second arresting gear is to be accomplished |
| 143 | 11/21/00 | EFDSW email exchange re SNI Arresting Gear |
| 144 | 11/30/00 | Email exchange between Navy and EFDSW re condition of concrete used to repair arresting gears |
| 145 | 12/01/00 | EFDSW email exchange re Modification P00017 |
| 146 | 12/01/00 | Contract Construction Compliance Notice re deficiencies of contractor caused hazards on the runway |
| 147 | 12/06/00 | Contract Construction Complian Notice - rough and uneven surfaces on 3' border of asphalt at arresting gear 30 end |
| 148 | 12/07/00 | Letter from Navy to Metric re Modification P00015 - newly placed asphalt concrete is not acceptable due to deficiencies |
| 149 | 12/14/00 | Email from J Mades to J Carrigan re Arresting Gear |
| 150 | 01/09/01 | 1/2/01 - 1/9/01 Email exchange re: SNI Barge Landing |
| 151 | 01/17/01 | Letter from Navy to Metric re Contract Construction Compliance Notices for large chips and cracks in arresting gear 30 end |
| 152 | 01/31/01 | Metric letter to Navy re Arresting Gear |
| 153 | 02/08/01 | EFDSW email exchange re Metric claims - equipment |
| 154 | 02/22/01 | EFDSW email exchange re Metric claims - equipment |
| 155 | 02/27/01 | Email exchange re Metric/Barge landing |
| 156 | 02/27/01 | Letter from Navy to Metric re Navy's verbal denial for Metric to land barge on 2/27/01 re presence of elephant seals |
| 157 | 03/07/01 | Email from L Serrano re Claim Letter |
| 158 | 03/07/01 | Letter from Navy to Metric re Government's denial to land barge on 2/27/01 constitutes change order |
| 159 | 03/09/01 | Letter from Navy to Metric re Navy denies Metric's contention that the Government's denial to land your barge on 2/27/01 |
| 160 | 03/12/01 | Letter from Navy to Metric re Metric can now resume barge landings at Daytona Beach |
| 161 | 04/16/01 | Observations at SNI Metric Sites |
| 162 | 04/23/01 | Email from J Carrigan to L Serrano re Meeting with Metric |
| 163 | 04/23/01 | Letter from Metric to Navy re concerning repair to the arrester gear and Navy's compliance notices of 12/1 and 12/6/2000 |
| 164 | 04/27/01 | Email from L Serrano to EFDSW re pertinent facts to Metric's letter dated 4/23/01 |
| 165 | 05/02/01 | Background of Repairs to Arresting Gears on SNI Runway |
| 166 | 05/09/01 | Handwritten notes re Quality Control Meeting - discussed arresting gear - skin patch not acceptable |
| 167 | 05/10/01 | Email from L Serrano to J Mades re Skin Patching |
| 168 | 05/10/01 | Letter from Navy to Metric re Metric cannot begin work on 12 end arresting gear until 30 end arresting gear accepted |
| 169 | 05/23/01 | Letter from Navy to Metric re Navy's frustration and concerns re arresting gears and outstanding punch list items |
| 170 | 05/30/01 | Handwritten notes re Quality Control Meeting re A/C plant unsafe due to three leads into main circuit breaker |
| 171 | 06/05/01 | Email from H Bouika to A Lei re Metric |
| 172 | 06/07/01 | Memo from EG Holmes to T Miller |

| | | |
|---|---|---|
| 173 | 06/11/01 | Memeo from EG Holmes to T Miller re Arresting Gear |
| 174 | 06/14/01 | Metric Construction Meeting |
| 175 | 06/14/01 | Letter from Metric to Navy re Metric's proposed method of repair for Asphalt rejected by Navy |
| 176 | 06/19/01 | Handwritten noties re Quality Control Meeting re removal of A/C at arresting gear |
| 177 | 06/19/01 | Letter from Navy to Metric re proposed method of repair for asphalt is acceptable |
| 178 | 07/26/01 | Navy Letter to S Meacham |
| 179 | 08/08/01 | Summary of SNI trip |
| 180 | 08/21/01 | Letter from Navy to Metric |
| 181 | 08/23/01 | Letter from Navy to Metric re Metric's 8/10/01 letter advising arresting hear repairs ready for final inspection |
| 182 | 08/24/01 | Email exchange between Navy and EFDSW re arresting gear 3 |
| 183 | 08/28/01 | Letter from Navy to Metric re broken concrete at approach area |
| 184 | 08/31/01 | Email from L Serrano to P Martonick re Air Field |
| 185 | 09/19/01 | Statement of George Kostelny re suspected vandelism |
| 186 | 10/01/01 | Letter from Navy to Metric re 2 of 9 rubber rails are missing |
| 187 | 10/05/01 | Email from L Serrano re Rubber Rails |
| 188 | 10/09/01 | Letter from Metric to Navy re Metric will not install support rails until Government furnishes them |
| 189 | 10/09/01 | Email from Navy to EFDSW re Rubber rails for arresting gear at 30 end - placement of old and new |
| 190 | 10/16/01 | Handwritten notes re Quality Control meeting re reinstallation of rubber rails |
| 191 | 10/16/01 | Letter from Navy to Metric re disagree that existing rubber rails were never intended to be re-installed |
| 192 | 10/16/01 | Letter from Metric to Navy re Navy will not inspect arrester gear until Metric installeds arrester gear supports |
| 193 | 10/16/01 | Quality Control Meeting - Gov. gave Metric 3 additional rubber rails to install at 30 end |
| 194 | 10/17/01 | Letter from Navy to Metric re arresting gear not ready for final inspection |
| 195 | 10/17/01 | Letter from Metric to Navy re CO's 10/17/01 letter concerning completion of arrester gear at 30 end of runway |
| 196 | 10/18/01 | Letter from Navy to Metric re disagree that M Douglas requested Metric put down Top Guard |
| 197 | 10/22/01 | Letter from Metric to Navy re finishing of arrester gear rubber rails and completion of arrester gear at 30 end of runway |
| 198 | 10/29/01 | Letter from Navy to Metric re Metric not ready for final inspection 8/10/01 because deficiencies not corrected |
| 199 | 10/30/01 | Email from R Culbreath to L Serrano re Air Field Pavement Repair |
| 200 | 10/30/01 | Navy Fax re Updated Progress Schedule |
| 201 | 10/31/01 | Letter from Metric to navy re pre-final inspection on 10/24/01 - punch list items will be complete by 11/02/01 |
| 202 | 11/14/01 | Letter from Metric to Navy re Removal and re-construction of arresting gear at 120 end of runway |
| 203 | 11/15/01 | Letter from Navy to Metric re removal and re-construction of existing rubber rails |
| 204 | 02/12/02 | EFDSW email to Kenneth Culbreath re schedule for arresting gear |
| 205 | 03/20/02 | Handwritten notes from Quality Control Meeting re proper way to clean island environmentally safe |
| 206 | 03/20/02 | Letter from Navy to Metric re construction deficiencies on delivery order No. 0002 |
| 207 | 04/08/02 | EFDSW email exchange re Metric cleanup |
| 208 | 04/09/02 | Email from P Martonick R Schenk re Metric cleanup |
| 209 | 04/09/02 | Barge rental statements/receipts |
| 210 | 04/10/02 | Letter from Navy to Metric re Metric is required to submit clean-up plan to correct conditions developed during construct. |
| 211 | 04/23/02 | Email from L Zellmer to L Serrano Re Metric Cleanup |
| 212 | 05/01/02 | Meeting Attendance Sheet |
| 213 | 05/01/02 | Email from L Zellmer to L Serrano re Cleanup Contractors |

| | | |
|---|---|---|
| 214 | 05/06/02 | Letter from Navy to Metric re extending receipt date of Metric's clean-up plan to May 10, 2002 |
| 215 | 05/08/02 | Summary of SNI Trip |
| 216 | 05/09/02 | Settlement Agreement and Release |
| 217 | 05/10/02 | Correspondence from EFDSW to Tom forwarding the subject plan |
| 218 | 05/13/02 | EFDSW email exchange re Cleanup Plan |
| 219 | 05/13/02 | EFDSW email exchange re the request of funds for settlement |
| 220 | 05/13/02 | Navy Pre/Post Negotiation Memorandum |
| 221 | 05/14/02 | Fax from Metric to Navy confirming that Metric will attempt to provide Navy with acceptable clean-up plan by end of week |
| 222 | 05/14/02 | EFDSW email exchange re Metric cleanup |
| 223 | 05/16/02 | EFDSW email exchange re additional Metric questions |
| 224 | 05/17/02 | Letter from Navy to Metric re clean-up plan Metric submitted 5/10/02 does not adequately address regulatory controls |
| 225 | 05/17/02 | Fax from Metric to P Martonick re Accident Prevention Plan |
| 226 | 05/17/02 | EFDSW email exchange re additional Metric questions |
| 227 | 05/17/02 | EFDSW email exchange re Metric barge |
| 228 | 05/20/02 | Letter from Navy to metric re Metric's waste oil barged to Long Beach |
| 229 | 05/20/02 | EFDSW email exchange re Metric barge |
| 230 | 05/21/02 | Letter from Navy to Metric re Accident prevention Plan and Accident Prevention Plan |
| 231 | 05/28/02 | Letter from Navy to Metric forwarding executed settlement agreement |
| 232 | 05/28/02 | EFDSW email exchange re tracking the waste streams |
| 233 | 05/31/02 | EFDSW email exchange re Metric follow up re environmental actions |
| 234 | 06/12/02 | Letter from Navy to Metric list of environmental clean-up contractors |
| 235 | 06/12/02 | Meeting re environmental cleanup of Metric sites |
| 236 | 06/18/02 | EFDSW email exchange re planned removal of the displaced threshold |
| 237 | 06/24/02 | EFDSW email exchange re test results |
| 238 | 06/28/02 | Letter from Navy to Metric re forwarding Investigation Summpary Report |
| 239 | 08/22/02 | EFDSW email exchange re conversations with Sid Pehrson re cleanup of contaminated sites |
| 240 | 08/23/02 | EFDSW/Navy email re discussion with S Pehrson re Metric's plan of action re clean-up |
| 241 | 08/24/02 | Letter from Metric to Navy re cleanup, demobilization and shipping remaining equipment |
| 242 | 08/27/02 | EFDSW email exchange re Metric's Cleanup and demobilization plan |
| 243 | 09/04/02 | EFDSW email exchange re island trip |
| 244 | 09/11/02 | Contract Construction Compliance Notice - Heavy equipment loader leaking oil – ongoing problem |
| 245 | 09/18/02 | EFDSW email exchange re cleanup plan comments and regulations |
| 246 | 09/19/02 | EFDSW email exchange re cleanup plan comments and regulations |
| 247 | 09/24/02 | Modification of Contract No. P00019 - increase of contract price |
| 248 | 09/25/02 | Letter from Navy CO to Commander re statutory requirements and comments on Metric's 8/24/00 cleanup plan |
| 249 | 09/26/02 | Letter from Navy to Metric re 8/24/02 Cleanup Plan unacceptable |
| 250 | 10/09/02 | EFDSW email exchange re Metric's barge landing |
| 251 | 10/10/02 | EFDSW email exchange re waste oil and fuel |
| 252 | 10/11/02 | Letter from Officer in Charge to Metric re questions about the fourteen 55 gallon drums filled with waste oil shipped out of SNI |
| 253 | 10/14/02 | Letter from Metric to Officer in Charge re requested information on the 14 drums of waste oil |
| 254 | 10/16/02 | EFDSW email exchange re Metric's Waste Update |
| 255 | 10/17/02 | EFDSW email exchange re waste drums |
| 256 | 10/22/02 | EFDSW email exchange re inputs on recent Metric activities, hazardous waste shipment and Earthwork |

| | | |
|---|---|---|
| 257 | 10/23/02 | Email from Navy to EFDSW re Metric's attempts at submission of an acceptable cleanup plan |
| 258 | 10/23/02 | EFDSW email exchange re concrete crushing |
| 259 | 10/24/02 | EFDSW email exchange re manifest |
| 260 | 10/29/02 | EFDSW email exchange re Maetric's haz waste shipment |
| 261 | 11/05/02 | Letter from Navy to Metric 10/4/02 pro. cleanup plan not approved - enc. Re indiv. Elements of plan and waste oil shipments |
| 262 | 11/05/02 | EFDSW email exchange re Metric's clean up plan |
| 263 | 11/07/02 | Letter from Navy to Metric re Metric annot proceed with the environmental clean-up until clean-up plan is approved |
| 264 | 11/08/02 | Letter from Metric to Navy |
| 265 | 11/12/02 | EFDSW email exchange re Metric cleanup |
| 266 | 11/12/02 | EFDSW email exchange re Metric's problems with cleanup and getting off the island |
| 267 | 11/12/02 | EFDSW email exchange re a response to Metric's 8 Nov letter concerning cleanup and hazardous waste |
| 268 | 11/14/02 | EFDSW email exchange re meeting with Metric contractors trying to come to an agreement on the cleanup plan |
| 269 | 11/21/02 | EFDSW email exchange re results from the island visit |
| 270 | 12/03/02 | Letter from Navy to Metric re Clean up |
| 271 | 01/09/03 | Letter from Metric to Navy re certified claim in amount of $1,637,784.10 - Tab D |
| 272 | 01/09/03 | Letter from Metric to Navy re certified claim in amount of $918,820.82 - Tab C |
| 273 | 01/09/03 | Letter from Metric to Navy re certified claim in amount of $1,322,205.54 - Tab B |
| 274 | 01/09/03 | Letter from Metric to Navy re certified claim in amount of $281,991.62 - Tab A |
| 275 | 01/15/03 | EFDSW email exchange re cleanup plan submitted by IWS on behalf of Metric |
| 276 | 01/21/03 | EFDSW email exchange re attaching work plan by IWS that was approved |
| 277 | 01/24/03 | Letter from Officer in Charge to Defense Contract Audit Agency requesting an audit of Metric's Jan 9, 2003 delay claims |
| 278 | 02/26/03 | EFDSW email exchange re not seeing any sample results since IWS clean up plan was approved |
| 279 | 03/06/03 | Letter from Navy to Metric re response to claim letters dated January 9, 2003 |
| 280 | 03/08/03 | Memorandum from Leonard Serrano to Contracting Officer enclosing various site documents and stating why the claim should be denied |
| 281 | 03/10/03 | Letter from Navy to Metric re claim letters of January 9, 2003 re government delays relating to pontoon bridge installation |
| 282 | 03/10/03 | Letter from Navy to Metric re 1/09/03 claims letters |
| 283 | 03/10/03 | Letter from Navy to Metric re 1/09/03 claim letters |
| 284 | 03/11/03 | Fax from Officer in Charge enclosing clean plan sample results |
| 285 | 03/11/03 | EFDSW email exchange re comments on the sample results/remediation report |
| 286 | 03/13/03 | Memo from L Serrano to Navy re Metric's claims dated January 9, 2003 |
| 287 | 03/14/03 | Letter from Metric to Navy re Navty's request for addition information for the Government's auditor |
| 288 | 03/19/03 | EFDSW email exchange re Metric clean up and Request for Equitable Adjustment |
| 289 | 03/19/03 | EFDSW email exchange re Metric clean up |
| 290 | 03/20/03 | Memo from L Serrano to Contracting Officer re Metric's two claims dated January 9, 2003 |
| 291 | 04/02/03 | EFDSW email exchange re PERC at the Metric site |
| 292 | 04/02/03 | EFDSW email exchange re PERC |
| 239 | 04/04/03 | Letter from Metric to Navy re 1/09/03 claim letters - Tab A |
| 294 | 04/04/03 | Letter from Metric to Navy re 1/09/03 claim letters - Tab B |
| 295 | 04/04/03 | Letter from Metric to Navy re 1/09/03 claim letters - Tab C |
| 296 | 04/04/03 | Letter from Metric to Navy re 1/09/03 claim letters - Tab D |

| | | |
|---|---|---|
| 297 | 04/04/03 | EFDSW email exchange re Metric cleanup at the asphalt plant |
| 298 | 04/11/03 | Letter from Officer in Charge to Metric enclosing cleanup plan dated 28 March 2003 prepared by IWS |
| 299 | 04/28/03 | Letter from Navy to Metric re response to ongoing audit of Metric's revised claims dated April 4, 2003 |
| 300 | 04/29/03 | Email from Harold Hayes to Leonard Serrano re Metric Claims questions |
| 301 | 05/03/03 | Email from L Serrano to H Hayes re Metric Claim questions |
| 302 | 05/21/03 | Letter from Metric to Navy re Metric's overall fiscal management |
| 303 | 05/28/03 | Contract Construction Compliance Notice - Dozer at barge landing leaking - hudraulic hoses disconnected, soil saturated |
| 304 | 06/09/03 | Prosecution/Severin Agreement for Pursuit of Claims |
| 305 | 06/09/03 | EFDSW email exchange re Metric equipment |
| 306 | 06/11/03 | Photos at Sands Spit area |
| 307 | 06/11/03 | Letter from Officer in Charge to Metric re verbal proposal to Government to perform the cleanup cannot be accepted |
| 308 | 06/11/03 | Letter from Metric to Navy re Cleanup |
| 309 | 06/12/03 | Letter from Navy to Metric re ongoing discussions with Mark Hill |
| 310 | 06/17/03 | Letter from Navy to Metric re directing Metric to proceed with clean-up |
| 311 | 06/17/03 | Letter from Metric to navy re cleanup of jobsite |
| 312 | 06/17/03 | Letter from Metric to Officer in Charge enclosing Metric's certified claim |
| 313 | 06/27/03 | From Officer in Charge Notification of Claim |
| 314 | 07/09/03 | EFDSW Email exchange re request for one-time claims resolution authority |
| 315 | 07/10/03 | Letter from Navy to Metric re Investigation Summary Report for the Metric Sites at SNI |
| 316 | 07/14/03 | Letter from Sutor & Krystad to Metric re Navy's requests for documents supporting selected financial transactions |
| 317 | 07/23/03 | EFDSW email exchange re Metric commencing their cleanup |
| 318 | 08/05/03 | EFDSW email exchange re not authorizing any payment to Metric until cleanup is complete |
| 319 | 08/06/03 | Email from EFDSW to Tom Campbell re Metric manifests |
| 320 | 08/25/03 | EFDSW email exchange re Metric Delay Claim analysis |
| 321 | 09/29/03 | Letter from IWS Environmental to China Lake NAWS re Site Characterization Procedures |
| 322 | 10/14/03 | Letter from Metric to Officer in Charge enclosing items required for close out |
| 323 | 10/21/03 | Email from Tom Campbell to EFDSW re cleanup is complete |
| 324 | 10/21/03 | Email from EFDSW to Tom Campbell requesting written recommendation on the acceptability of the cleanup |
| 325 | 10/28/03 | Letter from Metric to Navy re Pontoon Claims filed by Metric |
| 326 | 11/18/03 | Letter from Navy to Metric |
| 327 | 11/24/03 | Letter from Navy to Metric re documenting discussions during today's fact finding meeting re pontoon placement |
| 328 | 12/08/03 | Defense Contract Audit Agency Audi Report |
| 329 | 01/09/04 | Declaration of Elon Holmes re modification of project |
| 330 | 01/26/04 | Letter from Metric to Navy re certified claim ($183,417.78) for delays and costs with removal of hazardous waste |
| 331 | 02/09/04 | Letter from Navy to Metric re Metric's claims presence of pontoon bridge is sole basis for claims |
| 332 | 03/02/04 | Letter from Metric to Navy re SNI claims |
| 333 | 03/02/04 | Email from M Hill to K Jones NFECSW re clarification of 3/29/03 meeting re Metric proposed barge landing |
| 334 | 03/04/04 | Memo from L Serrano to P Martonick re Cleanup |
| 335 | 06/08/04 | Defense Contract Audit Agency Audit Report No. 4231-2003V17200001"Equitable Adjustment Claim" |
| 336 | 08/10/01 | Letter from Metric to Navy |

| | | |
|---|---|---|
| 337 | 08/28/01 | Letter from Metric to Navy |
| 338 | 10/03/01 | Letter from Metric to Navy |
| 339 | 11/13/01 | Letter from Navy to Metric |
| 340 | 07/03/02 | Letter from Navy to Metric |

DATED this 21st day of May, 2007.

PEEL BRIMLEY LLP

*/s/ Steven D. Meacham*
Steven D. Meacham
Attorney for Plaintiff

Peel Brimley LLP
2014 East Madison Street, Suite 100
Seattle, WA 98122-2965
(206) 770-3339
Fax: (206) 770-3490