# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| METRIC CONSTRUCTION CO., INC.,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-635C<br><br>Judge Charles F. Lettow |

## PLAINTIFF'S WITNESS LIST

Metric identifies the following witnesses:

**William B. Stump, 620 Harbor St. #6, Venice, California**

Mr. Stump is a former officer of Metric. Mr. Stump will testify regarding the agreement between Metric and the Navy to use Blue Book rates for the equipment costs. Mr. Stump will also testify regarding the barge landings at San Nicolas Island and how Metric's production was limited by the barge landings and how the delivery of the materials was critical to project completion. Mr. Stump will testify about Metric's efforts to deliver materials to island and how the weather, current, tide, waves and other conditions limited Metric's ability to land before the pontoon was installed and how the pontoon installation adversely affected the barge landings. He will testify regarding the Navy's failure to address the issues relating to the pontoon. Mr. Stump will testify regarding his correspondence and dealings with the Navy. He will also testify regarding Metric's cost records and decisions regarding the equipment used to perform the work.

**Mark A. Smith, 409 Prairie Rose Way, San Marcos, California**

Mr. Smith is a former employee of Metric. Mr. Smith was a superintendent on the San Nicolas Island projects and is familiar with the day-to-day operations on the island including the delivery of materials to the island and the conditions necessary to land the barge, the limited access to materials, the project delays caused by the lack of material and how the delivery of materials was critical to completing the work. He will testify regarding the agreement between

Metric and the Navy to use Blue Book rates for the equipment costs. Mr. Smith will testify regarding his dealings with the Navy.

**Sidney Pehrson, 576 Highview Street, Newbury, California**

Mr. Pehrson is a former vice-president of Metric. Mr. Pehrson will testify regarding the hazardous material clean-up. The clean-up plan required by the Navy prior to Metric commencing the clean-up operation and the clean-up procedure as set forth in the contract. He will testify regarding the clean-up at the Sand Spit. Mr. Pehrson will also testify regarding the effects of the pontoon on the material delivery and barge landings. Mr. Pehrson will also testify regarding how the material delivery drove the project schedule and how the lack of materials delayed project completion. Mr. Pehrson will testify regarding the agreement to use Blue Book rates and the negotiations and agreements relating to changed work.

**Elon Holmes, 13741 Marble Drive, Yucaipa, California**

Mr. Holmes worked for E.G. Holmes Co.. Mr. Holmes was both a subcontractor and a project manager for the San Nicolas Island projects. Mr. Holmes will testify regarding the agreement relating to the use of Blue Book rates. He will testify regarding the effects of the pontoon on the delivery of materials. He will testify regarding the arresting gear change and the Navy's constructive changes relating to the arresting gear. He will testify regarding the accounting records maintained by E.G. Holmes Co. and the equipment used on the project. He will testify regarding his dealings with the Navy in relation to both the pontoon claim and the arresting gear claim. He will testify regarding soil contamination at the Sand Spit and environmental inspections. Mr. Holmes will testify regarding change order negotiations with the Navy and the preconstruction meeting.

**Thomas P. Miller, 2289 Stafford Road, Thousand Oaks, California**

Mr. Miller is the president of Metric. Mr. Miller will testify regarding formation of the contract, the preconstruction meeting, the change order negotiations, the agreement with the Navy to use Blue Book rates, Metric's accounting system, Metric's cost and production records. Mr. Miller will testify regarding the constructive change to the contract relating to the pontoon,

the arresting gear, and the clean-up at the Sand Spit. Mr. Miller will testify regarding Metric's damages and the effects of each of the changes on Metric's work. Mr. Miller will testify about the barge landing, ownership, and costs. He will also testify about the access to the islands and the affect of limited access on pricing of both the contract and the changes. He will testify regarding the bid and Metric's reasonable assumptions at bid time. Mr. Miller will testify regarding Metric's ability to land the barge on the beach and pontoons and the steps Metric took to land the barge whenever possible to do so. He will testify about the effects of the material delivery on the project performance and costs. He will testify regarding the claim submissions and certifications. Mr. Miller will also testify about the initial claims, claim certifications, revised claims, and the damages incurred my Metric as a result of the claims.

**Mark Hill, 12930 Ventura Blvd., Suite 999, Studio City, California**

Mr. Hill is a consultant that performs financial services for Metric. Mr. Hill will testify regarding the DCAA audit and his dealings with the DCAA auditors. Mr. Hill will testify regarding Metric's accounting records, the costs incurred by Metric on this project, how Metric maintained its records, changes to Metric's accounting system, and Metric's damages.

**George Kostelny**, **7960 Valencia Ct., Highland, CA 92346**

Mr. Kostelny is a former employee of Metric. Mr. Kostelny was a superintendent on the San Nicolas Island projects and is familiar with the day-to-day operations on the island including the delivery of materials to the island and the conditions necessary to land the barge, the limited access to materials, the project delays caused by the lack of material and how the delivery of materials was critical to completing the work. He will testify regarding the effects of the pontoons on Metric's barge landings, the revised barge landing site and the problems encountered at both the pontoons and the new location. Mr. Kostelny will testify regarding the arresting gear. The quality of the asphalt and the problems encountered with the Navy regarding that issue. He will testify regarding the Navy's failure to provide rubber rails for the arresting gear and the associated delays.

**John Terry, 12511 Putnam St., Whittier, California**

Mr. Terry is a paving expert that visited the site during the course of the project. He will testify regarding the asphalt installed at the arresting gear. He will testify about his observations of Metric's installation techniques, the quality of the asphalt installed, and the asphalt mixtures. Mr. Terry shall testify as both a percipient witness and as an expert.

**Stuart Burnell, 1215 Fourth Ave, Suite 1200, Seattle, Washington**

Mr. Burnell is a construction expert hired to offer his expert opinion as to the delays and costs associated with the pontoon and arresting gear claims. In general, his opinions are set forth in the reports he and Mr. Pepin prepared entitled "Request for Equitable Adjustment, San Nicolas Island, Schedule Analysis and DCAA Audit Review" dated October 5, 2005 and "San Nicolas Island Arresting Gear Concrete Replacement."

**Paul Pepin, 1215 Fourth Ave., Suite 1200, Seattle, Washington**

Mr. Pepin is an accounting and construction expert hired to offer his expert opinion regarding the DCAA audit and Metric's damages related to the pontoon and arresting gear claims. In general, his opinions are set forth in the reports he and Mr. Burnell prepared entitled "Request for Equitable Adjustment, San Nicolas Island, Schedule Analysis and DCAA Audit Review" dated October 5, 2005 and "San Nicolas Island Arresting Gear Concrete Replacement."

Plaintiff reserves the right to amend this disclosure in the future. Further, Plaintiff reserves the right to call any witness listed on any other party's disclosure of witnesses and any witness subsequently discovered through discovery or further investigation.

DATED this 21st day of May, 2007.

PEEL BRIMLEY LLP

/s/ Steven D. Meacham
Steven D. Meacham
Attorney for Plaintiff

Peel Brimley LLP
2014 East Madison Street, Suite 100
Seattle, WA 98122-2965
(206) 770-3339
Fax: (206) 770-3490