IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: June 6, 2007)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The Scheduling Order of December 4, 2006 is hereby amended to reschedule the pre-trial conference from July 9, 2007, at 2:00 p.m. EDT, to July 10, 2007, at 2:00 p.m. EDT. The pre-trial conference shall be held by telephonic means, and the court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge