IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| METRIC CONSTRUCTION CO., INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-635C (Judge Charles F. Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant a seven-day enlargement of time, from June 18, 2007, to and including June 25, 2007, within which to file our pretrial submissions. We have sought no prior enlargements for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Since receipt of plaintiff's pretrial submission on May 21, 2007, defendant's counsel has been obligated by significant matters that will prevent us from completing our pretrial submission in the current time frame. Those obligations include a summary judgment reply brief in Geo Seis v. United States, Fed. Cl. No. 07-155C (May 24, 2007); an evidentiary hearing in Geo Seis v. United States, Fed. Cl. No. 07-155C (May 30, 2007); a summary judgment reply brief in GASA v. United States, Fed. Cl. No. 01-643 (June 1, 2007); out of town discovery in Kiewit v. United States, Fed. Cl. No. 06-796 (June 4-8, 2007), and a post-trial brief in Caddell v. United States, Fed. Cl. No. 04-461 (

15, 2007), as well as numerous other case-related activities. Although we are currently preparing our pretrial submission, and have made substantial progress, during the current time frame, we require an additional seven days to complete the task.

The enlargement is necessary to facilitate the completion of the pretrial submission, provide adequate time for supervisory approval, and to ensure that the pretrial submission is thorough and of the most benefit to the Court.

For the foregoing reasons, we respectfully request that our motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

June 15, 2007

CERTIFICATE OF FILING

I hereby certify that on June 15, 2007, a copy of foregoing “DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith