IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: June 15, 2007)

| | |
|---|---|
| METRIC CONSTRUCTION CO., INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the government's unopposed motion for an enlargement of time, filed June 15, 2007. The government seeks a seven-day enlargement, from June 18, 2007 to June 25, 2007, to file its pre-trial submissions.

For good cause shown, the government's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge