IN THE UNITED STATES COURT OF FEDERAL CLAIMS

METRIC CONSTRUCTION CO., INC., Plaintiff, v. THE UNITED STATES, Defendant.

No. 04-635C
(Judge Charles F. Lettow)

DEFENDANT'S EXHIBIT LIST

Pursuant to Appendix A, paragraph 16, of the United States Court of Federal Claims Rules, defendant submits the following list of defendant's exhibits. In addition to plaintiff's exhibits, which defendant expressly reserves the right to introduce during cross-examination or during defendant's case in chief, as if fully listed herein, defendant may introduce the below-listed following exhibits.

| Exhibit Number | Description |
|---|---|
| DX 1001 | CDR Expert Report and Exhibits |
| DX 1002 | Cotton & Company Expert Report |
| DX 1003 | Daily Reports for Contracts N62474-94-D-6807 and N68711-98-C-5553, 1994-2003 |
| DX 1004 | Project Correspondence, 1994-2003 |
| DX 1005 | Metric's Requests for Equitable Adjustment, Claims, and supporting documents |
| DX 1006 | Documents relating to Metric's barge and the agreement with American Workboats. This includes the American Workboats logs, invoices, and purchase orders |
| DX 1007 | Depositions relied upon by Government experts (Jo Anne Carrignan, Mike Douglas, Steve Schwartz, Tom Miller, Paul Pepin, and Stuart Burnell). |

| | |
|---|---|
| DX 1008 | Contract documents for Contracts N62474-94-D-6807 and N68711-98-C-5553, including modifications and delivery orders |
| DX 1009 | Photographs from SNI projects |
| DX 1010 | Additional Metric claims on the SNI projects. This includes the Fair Flight claim, Seawater claim, and Arresting Gear Inspection Delay claim |
| DX 1011 | Additional documents related to Metric's pontoon claim. Includes correspondence, permits, barging information, and documents regarding the Daytona Beach seal population |
| DX 1012 | Additional documents related to Metric's Arresting Gear claim. Includes correspondence, modification drawings, and the related DCAA Audit Report |
| DX 1013 | Additional documents related to Metric's Hazardous Materials claim. Includes correspondence, Metric's environmental protections plan, environmental reports, and waste manifests |
| DX 1014 | Additional documents, including correspondence, logs, and invoices, related to Metric's SNI contracts |
| DX 1015 | DCAA Audit report and supplemental report on Metric's pontoon claim, and pages from the Revised Rental Rate Blue Book for Construction Equipment |
| DX 1016 | Certified Payroll and work reports for the Metric SNI projects |
| DX 1017 | Construction Drawings |
| DX 1018 | CDR trial presentation |
| Dx 1019 | Cotton & Company trial presentation |
| DX 1020 | Cotton Report Exhibits and underlying workpapers |
| DX 1021 | Cotton Workpapers containing Metric claims and supporting claim documents |
| DX 1022 | Cotton Workpapers, including correspondence regarding Holmes subcontractor status, DCAA audit, and other matters |

DX 1023 Cotton Workpapers, including DCAA reports and DCAA workpapers

DX 1024 Cotton Workpapers, including correspondence and documents on various matters

DX 1025 Cotton Workpapers, including correspondence and documents on various matters

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

June 25, 2007

CERTIFICATE OF FILING

I hereby certify that on June 25, 2007, a copy of foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith