IN THE UNITED STATES COURT OF FEDERAL CLAIMS

METRIC CONSTRUCTION CO., INC., )
)
Plaintiff, )
)
v. ) No. 04-635C
) (Judge Charles F. Lettow)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S WITNESS LIST

Pursuant to Appendix A, paragraph 15(a) of the Rules of the United States Court of Federal Claims, defendant submits the following list of defendant's witnesses. Defendant expects to rely upon the testimony of the witnesses identified in the plaintiff's witness list, and expressly reserves the right to call them in defendant's case in chief as if listed herein. In addition, and based upon the evidence presented during the plaintiff's case, defendant expects to call the following witnesses.

FACT WITNESSES

1. Mike Douglas. Mr. Douglas in currently employed by the Navy at San Nicholas Island. Mr. Douglas was the principal Government field representative during Metric's contract performance. He will testify regarding his involvement with Metric's contract; his observations of Metric's performance, including its barge landing, arrester gear installation, and environmental contamination, as well as his interactions with Metric's personnel; his observations of Metric's contract

performance problems; and his perspective upon the factual contentions made by Metric to support its case and the testimony of the witnesses called by Metric to support its case. We expect that Mr. Douglas's testimony will take four hours for direct examination.

2. David Maddes. Mr. Maddes is currently employed by the Navy in San Diego, California. Mr. Maddes participated in the preparation of the drawings and specifications for Metric's contract, including the specifications that relate to the arrester gear replacement. He will testify regarding his design work, his involvement with Metric's contract, and his perspective upon the factual and engineering contentions made by Metric to support its case and the testimony of the witnesses called by Metric to support its case. We expect that Mr. Maddes's testimony will take one hour for direct examination.

3. Leonard Serrano. Mr. Serrano was formerly employed by the Navy. Mr. Serrano was a project engineer during Metric's contract performance. He will testify regarding his involvement with Metric's contract, including his evaluation of Metric's claims and proposals; his observations of Metric's performance, including its barge landing, arrester gear installation, and environmental contamination, as well as his interactions with Metric's personnel; his observations of Metric's contract performance problems; and his perspective upon the factual

contentions made by Metric to support its case and the testimony of the witnesses called by Metric to support its case. We expect that Mr. Serrano's testimony will take one hour for direct examination.

EXPERT WITNESSES

4. Patti Jones: CDR Consultants, Inc., 6729 Lonicera Street, Carlsbad, CA 92011. Ms. Jones is the President of CDR Consultants. She is an expert in construction project management, scheduling and delay, and will testify regarding her analysis of Metric's claim including all of the construction management, scheduling, and delay issues raised in Metric's claim, and in response to the analyses prepared by Metric's expert witnesses. Her direct examination, which will be aided by a "powerpoint" summary of her expert report, is expected to take six hours.

5. David L. Cotton: Cotton & Company LLP, 333 North Fairfax Street, Suite 401, Alexandria, Virginia 22314. Mr. Cotton is managing partner of Cotton & Company, LLP, Certified Public Accountants and is a CPA, CFE, and CGFM. He is an expert in auditing and analyzing claims brought by and against the Government. He will testify regarding the results of his analysis of Metric's claims, as well as and in response to the analyses prepared by Metric's expert witnesses. His direct examination, which will be aided by a "powerpoint" summary of his

expert report, is expected to take four hours.

6. Rafael Barreto. Mr. Barreto is an auditor with the DCAA San Fernando Valley Branch Office, Room 2001, 6230 Van Nuys Blvd., Van Nuys, California, 91401. He is an expert in the field of auditing and accounting. He performed an audit of Metric's claim, issued a report, and will testify with regard to his audit and conclusions. His testimony is expected to take one hour for direct examination.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

June 25, 2007

CERTIFICATE OF FILING

I hereby certify that on June 25, 2007, a copy of foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith