IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: August 3, 2007)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

POST-TRIAL SCHEDULING ORDER

In light of the discussions with counsel at the conclusion of the trial held July 16 - 24, 2007, and July 31 - August 1, 2007, the court adopts the following schedule for post-trial briefing and closing argument in this case:

| Event | Deadline |
|---|---|
| Plaintiff's post-trial brief (no more than 40 pages in length) | October 1, 2007 |
| The government's post-trial responsive brief (no more than 40 pages in length) | November 1, 2007 |
| Plaintiff's post-trial reply (no more than 20 pages in length) | November 28, 2007 |
| The government's post-trial sur-reply (no more than 20 pages in length) | December 12, 2007 |
| Closing argument | December 18, 2007, commencing at 10 a.m. at the National Courts Building in Washington, D.C. |

It is so ORDERED.

s/ Charles F. Lettow
Judge