# In the United States Court of Federal Claims

**04-635C**

**Filed: September 2, 2005**

**METRIC CONSTRUCTION COMPANY, INC.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (9 Volumes)**
**Held in Seattle, Washington**
**July 16-24, 2007**
**Held in Washington, D.C.**
**July 31, 2007 through August 1, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.