IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRIC CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-635C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 60 days, to and including December 31, 2007, the deadline for the defendant to file its post-trial brief in the above-titled matter. This is the first request by the United States for an enlargement of time for this purpose. Defendant's post-trial brief is currently due on November 1, 2007. The United States further requests that all subsequent deadlines be enlarged by 60 days. Defendant has consulted with counsel for the plaintiff and counsel for the plaintiff has represented that the plaintiff does not oppose this request for an enlargement of time.[1]

In late September 2007, a new Government attorney was assigned to this matter because prior defense counsel, Brian Smith, is leaving the Department of Justice. As a result, new counsel requires time to become familiar with this case, the significant trial testimony, confer with the defense experts and agency counsel prior to drafting defendant's post-trial brief.

[1] In response to defendant's request for an enlargement, plaintiff initially would only agree to a 30 day extension. Unfortunately, a 30 day extension would result in moving the closing argument to the middle of January when defense counsel is scheduled to be on paternity leave. Plaintiff then agreed to a 60 day extension, but requested that its reply be postponed until January 30, 2008 due to other commitments of plaintiff's counsel. Plaintiff's request is incorporated into the schedule provided at the end of this motion.

Granting this request for an enlargement should not cause any material inconvenience, prejudice, or delay. The defendant, therefore, proposes the following modified schedule:

| | |
|---|---|
| Defendant's Post-trial Brief | December 31, 2007 |
| Plaintiff's Reply | January 30, 2008 |
| Defendant's Sur-reply | February 11, 2008 |
| Closing Argument | February 19, 2008 |

Accordingly, the defendant respectfully requests that the Court grant this motion to modify the post-trial briefing schedule in this case in accordance with the above schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0315
Fax: (202) 514-8624

October 25, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 25th day of October 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert C. Bigler