IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: October 26, 2007)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's Unopposed Motion for an Enlargement of Time, filed October 25, 2007. The government seeks an enlargement of time of 60 days, to and including December 31, 2007, within which to file its post-trial brief.

For good cause shown, the government's motion is GRANTED. The government shall file its response on or before December 31, 2007. The post-trial briefing and closing argument schedule is amended as follows:

| Event | Deadline |
|---|---|
| The government's post-trial responsive brief (no more than 40 pages in length) | December 31, 2007 |
| Plaintiff's post-trial reply (no more than 20 pages in length) | January 30, 2008 |
| The government's post-trial sur-reply (no more than 20 pages in length) | February 11, 2008 |
| Closing argument | February 19, 2008, commencing at 10 a.m. at the National Courts Building in Washington, D.C. |

It is so ORDERED.

s/ Charles F. Lettow
Judge