IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| METRIC CONSTRUCTION CO., INC., Plaintiff, | ) | No. 04-635C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE CLOSING ARGUMENT DATE AND POST TRIAL BRIEFING SCHEDULE

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiff, Metric Construction Company, Inc., respectfully requests that the Court change the closing argument date from February 19, 2008 to February 26, 2008. Plaintiff's counsel did not have full access to his calendar when Defendant proposed the February 19, 2008 closing argument date. Plaintiff's counsel has a scheduling conflict that cannot be rescheduled. Plaintiff has consulted with counsel for the Defendant and counsel for the Defendant has represented that the Defendant does not oppose this request to change the date for closing argument. Defendant's counsel did request an additional week to file its Sur-Reply and Plaintiff agreed to that extension.

Granting this request to reschedule the closing argument date and the due date of Defendant's Sur-Reply should not cause any material inconvenience, prejudice, or delay. The Plaintiff, therefore, proposes the following modified schedule:

| | |
|---|---|
| Defendant's Post-trial Brief | December 31, 2007 |
| Plaintiff's Reply | January 30, 2008 |
| Defendant's Sur-reply | February 19, 2008 |
| Closing Argument | February 26, 2008 |

Accordingly, the Plaintiff respectfully requests that the Court grant this motion to modify the post-trial briefing schedule and date for closing argument in this case in accordance with the above schedule.

DATED this 26th day of October, 2007.

PEEL BRIMLEY LLP

*/s/ Steven D. Meacham*
Steven D. Meacham
Attorney for Plaintiff

Peel Brimley LLP
2014 East Madison Street, Suite 100
Seattle, WA 98122-2965
(206) 770-3339
Fax: (206) 770-3490

CERTIFICATE OF FILING

I hereby certify that on this 26th day of October 2007, a copy of the foregoing "PLAINTIFF'S MOTION TO RESCHEDULE CLOSING ARGUMENT DATE AND POST TRIAL BRIEFING SCHEDULE " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Steven D. Meacham*