IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-635C

(Filed: October 30, 2007)

METRIC CONSTRUCTION CO., INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the plaintiff's Unopposed Motion to Reschedule Closing Argument Date and Post-Trial Briefing Schedule, filed October 26, 2007. The plaintiff seeks to reschedule closing argument to February 26, 2008 and to extend the date for the government's sur-reply to February 19, 2008.

For good cause shown, the plaintiff's motion is GRANTED. The closing argument shall be held on February 26, 2008, and the government shall file its sur-reply on or before February 19, 2008. The post-trial briefing and closing argument schedule is amended as follows:

| Event | Deadline |
|---|---|
| The government's post-trial responsive brief (no more than 40 pages in length) | December 31, 2007 |
| Plaintiff's post-trial reply (no more than 20 pages in length) | January 30, 2008 |
| The government's post-trial sur-reply (no more than 20 pages in length) | February 19, 2008 |
| Closing argument | February 26, 2008, commencing at 10 a.m. at the National Courts Building in Washington, D.C. |

It is so ORDERED.

s/ Charles F. Lettow
Judge