# In the United States Court of Federal Claims

**04-635C**

**Filed: February 11, 2008**

**METRIC CONSTRUCTION CO., INC.**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (1 Volume)**
**Held in Seattle, Washington & Washington, D.C.**
**July 16, 2007 through August 1, 2007**
**Filed with Plaintiff & Defendant Exhibits**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.