# E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-1-003 | 244 | 250 | Plans - repair airfield pavements at San Nicolas Island |
| PX-2 | 880 | 881 | Solicitation, Offer and Award; Solicitation No. 62474-94-B-6807 |
| PX-4 | 882 | 883 | Delivery Order Nos. 1 - 8; Contract No. N652474-94-D-6807 |
| PX-5 | 1302 | 1746 | Schedule Analysis and DCAA Audit Review, 10-5-05 by Hainline & Associates |
| 001 thru 009 | 1302 | 1366 | Schedule Analysis and DCAA Audit Review, 10-5-05 by Hainline & Associates |
| and 023 thru 046 | | | |
| | 1302 | 1366 | Schedule Analysis and DCAA Audit Review, 10-5-05 by Hainline & Associates |
| PX-5-031 & 032 | Prev. | 1639 | Substituted pages for previously identified pages 31 and 32 |
| PX-6-013 | 154 | 155 | Arresting Gear Concrete Replacement by Hainline & Associates |
| PX-6 | 1361 | 1638 | Arresting Gear Concrete Replacement by Hainline & Associates |

E X H I B I T S

| PLAINTIFF'S (cont'd) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-7 | 490 | 492 | 2 each certified claims for: Repair airfield pavements at San Nicolas Island; Contract N62474-94-C-6807/2 each certified claims for: Roadway and storm damage repair at San Nicolas Island; Contract N68711-98-C-5553 |
| PX-8 | 892 | 892 | Metric re: San Nicolas Island Pontoon Claim Binder 1 (electronic form) |
| PX-9 | 892 | 893 | Metric re: San Nicolas Island Pontoon Claim Binder 2 (electronic form) |
| PX-10 | 893 | 894 | Metric re: San Nicolas Island Pontoon Claim Binder 3 (electronic form) |
| PX-11 | 894 | 894 | Metric re: San Nicolas Island Pontoon Claim Binder 4 (electronic form) |
| PX-12-021 | 548 | 548 | Metric Notebook Materials Delivered to San Nicolas Island |
| PX-12-024 | 541 | 541 | Metric Notebook Materials Delivered to San Nicolas Island |
| PX-12-026 | 519 | 523 | Metric Notebook Materials Delivered to San Nicolas Island |

E X H I B I T S

| PLAINTIFF'S (cont'd) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-18 | 2313 | 2318 | Excerpt from Mr. Schwartz' deposition. |
| PX-19 | 2313 | 2319 | Excerpt from Mr. Schwartz' deposition. |
| PX-20 | 459 | 461 | Letter from Metric to Officer in Charge of Construction re Metric barge ramp incompatible with barge landing area at Dayton Beach; Exhibit 8 to Schwartz 06/07/05 Dep |
| PX-21 | 464 | 464 | Letter from Metric to Officer in Charge of Construction re Metric's inability to land barge due to newly installed pontoon barges at Daytona Beach; Exhibit 9 to Schwartz 06/07/05 Dep |
| PX-22 | 99 | 466 | Letter from Metric to Office in Charge of Construction re Metric barge ramp incompatible with barge landing area at Daytona Beach; Exhibit 8 to Schwartz 06/07/05 deposition |
| PX-23 | 106 | 469 | Letter from Officer in Charge of Construction to Metric re Road Repair; Exhibit 11 to Schwartz 06/07/05 Dep |

E X H I B I T S

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-24 | 117 | 348 | San Nicolas Island Barge Landing Site Survey: Exhibit 12 to Schwartz 06/07/05 Dep |
| PX-28 | 108 | 108 | Quality Control Meeting Notes at SNI; Exhibit 16 to Schwartz 06/07/05 Dep |
| PX-33 | 104 | 473 | Letter from American Workboats to Metric re the Beach Landing at SNI; Exhibit 21 to Serrano 06/08/04 Dep |
| PX-38 | 978 | 983 | Environmental Protection Plan; Exhibit 26 to Serrano 06-08-05 Dep |
| PX-43-001 | 433 | 434 | Notes re Quality Control Meeting; Exhibit 31 to Serrano 06/08/05 Dep |
| PX-46 | 94 | 97 | Selected Contractor's Quality Control Reports |
| PX-47 | 113 | 114 | Selected Daily Reports to Inspector |
| PX-55 | 555 | 558 | Letter from Metric to Navy re formulas used in calculation of standby rates for PCO No. 8 |
| PX-60 | 974 | 975 | Metric's Environmental Protection Plan |

E X H I B I T S

| PLAINTIFF'S EXHIBITS: | (cont'd) IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-61 | 976 | 977 | Metric's Revised Environmental Protection Plan |
| PX-97 | 111 | 112 | Handwritten notes re Metric's attempts to land barge |
| PX-104 | 140 | 141 | Quality Control meeting re barging issues |
| PX-107 | 119 | 120 | Handwritten notes re Quality Control Meeting re various issues |
| PX-120 | 561 | 561 | Letter from Navy to Metric re removal and disposal of off the island existing concrete and rails of the arresting gears |
| PX-126 | 565 | 566 | Proposal/Estimate for Contract Modification |
| PX-129 | 268 | 269 | Amendment of Solicitation/Modification of Contract |
| PX-181 | 214 | 215 | Letter from Navy to Metric re Metric's 8/10/01 letter advising arresting gear repairs ready for final inspection |
| PX-182 | 2300 | 2305 | Email dated 8/24/01 from L. Serrano re: arresting gear. |
| PX-187 | 586 | -- | E-mail from L. Serrano re Rubber Rails |

E X H I B I T S

| PLAINTIFF'S (cont'd) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-202 | 626 | 626 | Letter from Metric to Navy re Removal and reconstruction of arresting gear at 12 end of runway |
| PX-203 | 628 | 629 | Letter from Navy to Metric re removal and reconstruction of existing rubber rails |
| PX-216 | 1251 | 1252 | Settlement Agreement and Release |
| PX-225 | 969 | 970 | Fax from Metric to P. Martonick re Accident Prevention Plan |
| PX-235 | 985 | 985 | Meeting re environmental cleanup of Metric sites |
| PX-263 | 989 | 990 | Letter from Navy to Metric re Metric cannot proceed with the environmental clean-up until clean-up plan is approved |
| PX-264 | 987 | 987 | Letter from Metric to Navy |
| PX-293 | 960 | 961 | Letter from Metric to Navy re 1/09/03 claim letters - Tab A |
| PX-294 | 962 | 962 | Letter from Metric to Navy re 1/09/03 claim letters - Tab B |
| PX-295 | 962 | 962 | Letter from Metric to Navy re 1/09/03 claim letters - Tab C |

E X H I B I T S

| PLAINTIFF'S (cont'd) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-296 | 962 | 962 | Letter from Metric to Navy re 1/09/03 claim letters - Tab D |
| PX-298 | 991 | 994 | Letter from Officer in Charge to Metric enclosing cleanup plan dated 28 March 2003 prepared by IWS |
| PX-311 | 996 | 996 | Letter from Metric to Navy re cleanup of jobsite |
| PX-328 | 1990 | 1990 | First DCAA audit report on the pontoon claim. |
| PX-330 | 1002 | 1004 | Letter from Metric to Navy re certified claim ($183,417.78) for delays and costs with removal of hazardous waste, (unsigned) |
| PX-330(013 thru 015) | 1014 | 1014 | Pages appended to PX-330 per Court's instruction |
| PX-335 | 1990 | 1990 | DCAA Supplemental report |
| PX-337 | 580 | 581 | Letter from Metric to Navy |
| PX-338 | 583 | 583 | Letter from Metric to Navy |
| PX-339 | 212 | 213 | 11/13/01 letter from Navy to Metric |
| PX-341 | 1281 | 1282 | Stuart Burnell resume |

EXHIBITS

PLAINTIFF'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-342 | 1653 | 1654 | Paul Pepin resume |
| PX-343 | 1019 | 1020 | 6807 claim notebook |
| PX-344 | 1693 | 1746 | Adjusted REA - Pontoon |
| PX-346 | 1417 | 1421 | (re-marked as DEMONSTRATIVE PDX-1) |
| PX-347 | 1421 | 1422 | (re-marked as DEMONSTRATIVE PDX-2) |
| PX-348 | 1606 | 1610 | Delivery ticket, 8-30-99, 203 tons of 3/4" aggregate (DEMONSTRATIVE to testimony of Witness Burnell) |
| PX-350 | 2340 | 2340 | Summary done by Mr. Miller. |

# E X H I B I T S

## PLAINTIFF DEMONSTRATIVES

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PDX-1 | 1421 | 1421 | Calculation of Metric Daily Cost Rate |
| PDX-2 | 1422 | 1422 | Calculation of Metric Daily Cost Rate |
| PDX-3 | 2326 | 2330 | Formerly exhibit PX-349. Demonstrative exhibit. |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-1001 | 358 | 2261 | Expert report of Patti Jones. |
| DX-1001-126 and 127 | 361 | (364) (rejected) | CDR Expert Report and Exhibits (excerpt) |
| DX-1001-142 and 143 | 648 | 649 | CDR Expert Report and Exhibits |
| DX-1002 | 1776 | 2002 | Cotton & Company Expert Report |
| DX-1003 (pages 1669, 1671, 1674, 1677, 1686, 1689, 1692, 1696, 1723, 1728, 1735, 1738, 1741, 1744, 1763, 1766, 1769, 1773, 1777, 1781, 1788, 1794, 1804, 1811, 1815, 1821, 1825, 1831, 1835, 1841, 1845, 1854, 1859, 1862, 1865, 1868, 1873, 1877, 1884 and 1903) | 2335 | 2335 | Daily reports. |
| DX-1003-3397 | 1608 | 1610 | 10-4-99 Daily Report (DEMONSTRATIVE to testimony of Witness Burnell) |

E X H I B I T S

DEFENDANT'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-1003-3440 | 149 | 151 | Daily Report for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| DX-1003-3632 | 397 | 398 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-3653 thru 3685 | 687 | 689 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-3913 | 774 | 775 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-3979 | 103 | -- | Daily Report for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| DX-1003-3991 | 330 | 331 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-4020 | 336 | 336 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-4021 | 336 | 336 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-5823 | 313 | 318 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-5824 | 315 | 318 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |

E X H I B I T S

| DEFENDANT'S (cont'd) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-1003-5883 | 321 | 322 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-5884 | 321 | 322 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-5887 | 326 | 327 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003-5888 | 326 | 327 | Daily Reports for Contracts N62474-94-D-6807; N68711-98-C-5553 |
| DX-1003 (page 4079) | 2309 | 2309 | Daily report. |
| DX-1003 (page 4080) | 2307 | 2308 | Back side of daily report. |
| DX-1003 (page 4090) | 2305 | 2307 | Daily report. |
| DX-1004-787 | 1136 | 1146 | Project Correspondence, 1994-2003; Letter of 2-27-2001 from Mr. Serrano, Project Engineer, to Metric |
| DX-1008-001 thru 008 | 1842 | 1842 | Document for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| DX-1008-038 thru 051 | 500 | 500 | Documents for Contracts N62474-94-D-6807 and N68711-98-C-5553 |

E X H I B I T S

| DEFENDANT'S (cont'd) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-1008-089 thru 099 | 233 | 234 | Documents for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| DX-1008-100 thru 114 | 489 | 490 | Documents for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| DX-1008-104 | 286 | -- | Documents for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| DX-1008-105 | 286 | -- | Documents for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| DX-1008-148 thru 164 | 169 | 170 | Documents for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| DX-1008-284 | 266 | -- | Documents for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| DX-1008-286 | 266 | -- | Documents for Contracts N62474-94-D-6807 and N68711-98-C-5553 |
| 1008-353 thru 360 | 883 | 885 | Documents for Contracts N62474-94-D-6807 AND N68711-98-C-5553 |

## E X H I B I T S

| DEFENDANT'S (cont'd) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-1009-005 | 292 | 294 | Photograph from SNI projects |
| DX-1009-006 | 81 | 85 | Photograph from SNI projects |
| DX-1009-007 | 86 | 90 | Photograph from SNI projects |
| DX-1009-019 | 122 | 123 | Photograph from SNI projects |
| DX-1009-023 | 384 | 385 | Photographs from SNI projects |
| DX-1009-026 | 387 | 388 | Photographs from SNI projects |
| DX-1009-055 | 616 | 618 | Photographs from SNI projects |
| DX-1009-057 | 619 | 814 | Photographs from SNI projects |
| DX-1009-059 | 199 | 200 | Photograph from SNI projects |
| DX-1009-067 | 183 | -- | Photograph from SNI projects |
| DX-1009-079 | 193 | 194 | Photograph from SNI projects |
| DX-1009-080 | 189 | 190 | Photograph from SNI projects |
| DX-1009-093 | 207 | 208 | Photograph from SNI projects |
| DX-1009-094 | 256 | -- | Photograph from SNI projects |
| DX-1009-095 | 208 | 209 | Photograph from SNI projects |

E X H I B I T S

DEFENDANT'S (cont'd)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-1009-108 | 205 | 205 | Photograph from SNI projects |
| DX-1009-176 | 173 | 174 | Photograph from SNI projects |
| DX-1009-177 | 175 | 176 | Photograph from SNI projects |
| DX-1012-079 | 612 | 612 | Additional documents related to Metric's Arresting Gear claim |
| DX-1012-080 | 612 | 612 | Additional documents related to Metric's Arresting Gear claim |
| DX-1012-082 | 809 | 810 | Additional documents related to Metric's Arresting Gear claim |
| DX-1013-642 | 1015 | 1015 | Additional documents related to Metric's Hazardous Materials claim |
| DX-1014-024 thru 029 | 728 | 729 | Additional documents related to Metric's SNI contracts |
| DX-1014-174 and 175 | 820 | 821 | Additional documents related to Metric's SNI contracts |
| DX-1018-012 | 125 | -- | CDR trial presentation excerpt |
| DX-1018-016 | 124 | -- | CDR trial presentation excerpt |
| DX-1018-029 | 132 | -- | CDR trial presentation excerpt |

# E X H I B I T S

| DEFENDANT'S (cont'd) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-1018-058 | 273 | 275 | CDR trial presentation excerpt |
| DX-1018-103 | 218 | 222 | CDR trial presentation excerpt |
| DX-1019 | 1776 | 2002 | Cotton & Company trial presentation |
| DX-1023 (pages 100 - 108) | 2345 | 2348 | Letter from Mr. Miller to DCAA. |
| DX-1023 (pages 200 - 206) | 2359 | 2359 | Navy's response to letter from Mr. Miller to Ms. Jones. |
| DX-1024-1381 | 1714 | 1716 | Cotton workpapers; correspondence and docs on various matters; 9-19-05 e-mail from Miller |
| DX-1024-1464 | 1741 | 1742 | Cotton workpapers; correspondence and docs on various matters |
| DX-1024-1465 and 1466 | 1738 | 1742 | Cotton workpapers; correspondence and docs on various matters |
| DX-1026 | 1776 | 2002 | Addendum to PowerPoint presentation |
| DX-1027 | Prev. | 2268 | Photographs. |

E X H I B I T S

| DEFENDANT DEMONSTRATIVES EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DDX-1018 (pages 1 - 123) | Prev. | 2261 | Exhibit DX-1018. Demonstrative exhibit. |
| DDX-1028 (pages 1 - 23) | Prev. | 2261 | Exhibit DX-1028. Demonstrative exhibit. |