# In the United States Court of Federal Claims

**No. 04-635 C**

**METRIC CONSTRUCTION CO., INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed May 21, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $1,171,279.07, together with interest at the rate specified in 41 U.S.C. §611, calculated as to $711,250.15 from January 9, 2003, as to $403,956.45 from June 17, 2003, and as to $56,072.47 from January 26, 2004, until receipt of payment from the government. No costs.

John S. Buckley
Acting Clerk of Court

May 21, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.