COPY

United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

June 6, 2008

Steven D. Meacham, Esq.

Dann & Meacham

2014 East Madison

Suite 100

Seattle, WA 98122-3339

In re: Metric Construction Co., Inc. v. The United States, No. 04-635 C

Dear Mr. Meacham:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated May 22, 2008, in favor of plaintiff.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Robert C. Bigler, Esq., Dept. Of Justice